IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:10-CV-149

| | |
|---|---|
| CHARLES S. KUHN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ORDER FOR APPROVAL OF ATTORNEY ) FEE UNDER 42 U.S.C.A. §406(b) ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

The Court has reviewed the Motion of plaintiff's attorney for fees under 42 U.S.C.A. §406(b), as well as the records and documents in the court file and concludes the amount requested is reasonable.

Therefore, it is hereby ORDERED that the amount of $16,992.00 is authorized in attorney fees for representation before this Court, which represents 25% of the past-due social security disability benefits paid on plaintiff's account, less fees awarded for representation before the Social Security Administration.

This amount shall be deducted from plaintiff's past due social security disability benefits and paid by the Social Security Administration to plaintiff's attorney.

It is so ORDERED this the ___12___ day of __May__,
2013.

_____
TERRENCE W. BOYLE
United States District Judge